# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Elizabeth Suriano, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> Nestle USA, Inc., ) <br> ) <br> Defendant(s). ) | Judge Joan B. Gottschall <br><br> Case No. 21 cv 717 |

## ORDER

An initial status report and, if appropriate, case management plan is due on or before April 14, 2021. The parties are directed to consult Judge Gottschall's website for specific requirements for all written status reports and for the discovery plans.

In conformity with the Ninth Amended General Order 20-12 and due to the need for social distancing during the COVID-19 pandemic, this court is ordering written status reports instead of routine oral status hearings. This includes initial status hearings and scheduling conferences under Fed. R. Civ. P. 16(b). See Judge Gottschall's website for the procedure for requesting a hearing.

No Rule 26(f) discovery plan should be submitted until all defendants have been served. If all defendants have not been served by the deadline for filing an initial status report, the report should so state and propose a deadline for filing a discovery plan.

The parties are directed to discuss settlement and whether they consent to proceed before the Magistrate Judge. They are further directed to meet and confer regarding a proposed discovery plan. See Judge Gottschall's civil case management packet regarding pretrial case management procedures at: http://www.ilnd.uscourts.gov.

ENTER:

/s/
JOAN B. GOTTSCHALL
United States District Judge

DATED: February 11, 2021