## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Elizabeth Suriano

                Plaintiff,

v.                                        Case No.: 1:21−cv−00717
                                               Honorable Joan B. Gottschall

Nestle USA, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 22, 2021:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff has exercised her right to amend her complaint as a matter of course. The amended complaint (No. [16]) alters the allegations on which the pending motion to dismiss (No. [11]) is based. The pending motion to dismiss (No. [11]) is therefore denied as moot. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.