| | |
|---|---|
| United States District Court<br>Northern District of Illinois | 1:21-cv-00717 |
| Elizabeth Suriano, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    - against -<br><br>Nestlé USA, Inc.,<br><br>      Defendant | Notice of Voluntary Dismissal |

  Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 18, 2021

                   Respectfully submitted,

                   Sheehan & Associates, P.C.

                   /s/Spencer Sheehan

                   Spencer Sheehan
                   60 Cuttermill Rd Ste 409
                   Great Neck NY 11021-3104
                   Tel: (516) 268-7080
                   Fax: (516) 234-7800
                   spencer@spencersheehan.com

Certificate of Service

I certify that on August 18, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan